

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00025-CR

DEBBIE ANNETTE MARTIN        APPELLANT

V.

THE STATE OF TEXAS        STATE

----------

### FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY
### TRIAL COURT NO. 1414205D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Debbie Martin pleaded guilty to theft of property valued under $1,500 with two prior convictions. The trial court assessed Martin's punishment at six months' confinement. Martin now attempts to appeal her conviction pro se.

Texas Rule of Appellate Procedure 25.2 provides that a defendant who pleads guilty to a crime may only pursue an appeal without the trial court's

---

[1]*See* Tex. R. App. P. 47.4.

permission if she is appealing a matter raised by written motion filed and ruled on prior to trial. Tex. R. App. P. 25.2(a)(2)(A). Martin did not file any written motions in the trial court prior to her trial date. Furthermore, both she and her attorney signed the trial judge's written certification stating that "this is a plea-bargain case, and the defendant has NO right of appeal." The certification further recites that the trial judge informed Martin that she did not have any right to appeal her conviction.

Under Texas law, a defendant in a noncapital case "may waive any rights secured him by law," including the right to appeal. Tex. Code Crim. Pro. Ann. art. 1.14(a) (West 2005). Therefore, because the record supports the trial court's certification that Martin does not have any right of appeal, we dismiss this appeal. Tex. R. App. P. 43.2(f).

/s/ Lee Gabriel

LEE GABRIEL
JUSTICE

PANEL: LIVINGSTON, C.J.; GABRIEL and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: March 3, 2016

2